IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

FLORENCE DIVISION

RECEIVED
2007 MAY 11 A 8: 46
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL CASE NO. 2:07-CV-412-WHA

VOLUME THREE

LADON SHIVER,

Plaintiff/Petitioner,

Vs.

SMITH, ROUCHON & ASSOCIATES, INC.,

Defendants/Respondents, et.al.

_____/

## COMPLAINT 42 U.S.C. §1983

### CIVIL RIGHT ACTION

COMES NOW, Ladon Shiver, Plaintiff Pro Se, pursuant to 42 U.S.C. §1983 and 28 U.S.C. §§1443, 1331 and Rule 56(e) Summary Judgment brings this Civil Right Action and would state the following in support.

DEFENDANT'S ADDRESS:

1). Smith, Rouchon & Associates, Inc.

   201 N. Pine Street, Suite 14

   Florence, Alabama 35630 (256) 740-4280

PLAINTIFF'S ADDRESS:

2). Ladon Shiver U.S.Reg.No. 90327-

   020 United States Penitentiary

   P.O. Box-019001 Atwater, California 95301

THE REMOVAL OF THE PROCEEDINGS:

3). Pursuant to 28 U.S.C. §1443 and Rule 11 Fed.R.Civ.P. provides the proper procedure for the removal of the proceedings in this cause to the United States District Court where in 15 U.S.C. §1681s (2)(a) the state law claim brought against the Respondents for damage in providing erroneous information to the National Credit Reporting Agency are preempted by the Fair Credit Reporting Act in 15 U.S.C. §1681t (b)(F). And accordingly 42 U.S.C. §1983 provides a remedy to the Plaintiff to recover in monetary award for the damage sustained to his credit ratings.

THE COMPLAINT IN 42 U.S.C. §1983

4). The Respondents erroneously placed a $804.80 debtors claim against the Plaintiff with the National Credit Reporting Agency that forced his credit ratings into ruins and caused him injury and violated his constitutional rights protected under the equal protection clause and due process of the law in the Fourteenth Amendment of the United States Constitution.

THE SUPPORTING FACTS

5). On February 22, 2007 in a letter from the Respondents by a Ms. Dixon stated that they had placed a $804.80 debtors claim against the Plaintiff's credit ratings with the National Credit Reporting Agency. (SEE; EXHIBIT (1)).

6). On March 08, 2007 the Plaintiff placed a certified letter in the United States Postal Service by prepaid mail

-3-

addressed to the Respondents notifying them that he is a ward of the United States District Court under a commitment order and a prisoner of the Federal Bureau of Prisons and that he did not enter into an agreement with them to pay for the services that they allegedly rendered to the Bureau of Prisons and, by April 09, 2007 that within 45 days they were required to forward to him a certified notice stating that they had removed the $804.80 debtors claim that they placed against him and they failed to do so. (SEE; EXHIBIT (2)).

7). The Respondents are a private laboratory (i.e., citizens) that resides in Florence, Alabama and they contract for the Federal Bureau of Prisons to render services for the Medical Facility located at the Federal Correctional Institution in Talladega, Alabama 35160.

8). During the years of 2005 and 2006 the Respondents rendered their services to the Bureau of Prisons and on February 22, 2007 according to the Respondents they placed a debtors claim against the plaintiff for the alleged unpaid sum of $804.80 and failed to correct the damage sustained to his credit ratings. (SEE; EXHIBITS (1 & 2)).

## THE INJURY SUSTAINED

9). The Plaintiff's outstanding credit ratings with potential creditors has been ruined making him ineligible for loans because the Respondent erroneously placed a $804.80 debtors claim against him for a bill that he does not owe. (SEE; EXHIBIT (1)).

-3-

FEDERAL QUESTION IN 28 U.S.C.§1331

10). MAY CREDITORS (A PRIVATE CONTRACTOR) BE HELD LIABLE FOR DAMAGE UNDER 42 U.S.C. §1983 FOR ERRONEOUSLY PLACING A $804.80 DEBTORS CLAIM AGAINST THE PLAINTIFF'S CREDIT RATINGS CAUSING HIM INJURY FOR AN ALLEGED DEBT OWNED TO THEM BY THE FEDERAL BUREAU OF PRISONS FOR SERVICES RENDERED TO THE GOVERNMENT ?

RELIEF SOUGHT IN SUMMARY JUDGMENT

11).The Plaintiff seeks a monetary ward of more than $50,000,00 from the Respondents to recover for damage and he seeks reimbursement for court cost and attorney fees. The Plaintiff reserves the right to seek summary judgment in this cause of action.

I, Ladon Shiver, hereby declairs under the penalty of perjury that all the facts in this petition are true and correct.

Done this, 26 day of, April 2007

Respectfully Submitted

*Ladon Shiver*

Ladon Shiver, Pro Se.

Ladon Shiver
U.S. Reg. no. 90327-026
United States Penitentiary, Atwater
P.O. Box- 019001
Atwater, California
95301

Legal Mail



Att: Clerk of the Court
Federal Building
U.S. District Court
P.O. Box - 430
Montgomery, Alabama

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA   RECEIVED

FLORENCE DIVISION   2007 MAY 11 A 8:47

CIVIL CASE NO._____   DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
VOLUME FOUR   MIDDLE DISTRICT ALA

LADON SHIVER,

Plaintiff/Petitioner,

Vs.   2:07-CV-412-WHA

SMITH, ROUCHON & ASSOCIATES, INC.,

Defendants/Respondents, et.al.

_____/

PLAINTIFF SHIVER'S EXHIBITS

1). Exhibit One, letter by Ms. Dixon Smith, Rouchon & Associates, Inc., dated (02/22/07) "Notice of $804.80 Debtors Claim."

2). Letter of Ladon Shiver dated (03/08/07) address to Smith, Rouchon & Associates.

Done this, 26 day of April 2007

Respectfully Submitted

Ladon Shiver

Ladon Shiver, Pro Se

201 N. Pine Street, Suite 14  
Florence, AL 35630-5437

Return Service Requested      00437

February 22, 2007

**Smith, Rouchon & Associates, Inc.**  
201 N. Pine Street, Suite 14  
Florence, Alabama 35630  
(256) 740-4280

<u>Account Identification</u>  
RE: Listed Below  
Balance Owing      : $804.80  
Credit Acct#      :9032684  
Account File #      :416688-10

|ıllıılılıııllıllıllıııılıllılıııılıılllıllıııllılıllıııl|

5 8236-23 ********************AUTO**3-DIGIT 351  
Ladon Shiver          416688  
565 E Renfroe Rd  
Talladega AL 35160-4811

Silence is golden! Don't you believe it!!!

Your silence may be very costly to you. Failure to pay your past due account(s) has made it necessary for me to report this information to a national credit reporting company to be listed on your personal credit file as unpaid. Your credit record is computerized and available nationally to credit grantors.

Protect your credit standing! Pay in full now.

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

Ms. Dixon, 740-4280 Or 800-804-4280  
Account Representative

---------------------------------------------------------Detach and Return---------------------------------------------------------

From : Ladon Shiver                     Employer: _____

Change of Address:_____     Address: _____

City, State, Zip:_____     City, State, Zip: _____

Telephone:_____     Telephone: _____

Balance Due     : $804.80  
Amount Enclosed: $_____  
Creditor Acct #     : 9032684  
Account File #     : 416688-10

Enclosing this notice with your payment  
will expedite credit to your account.

**Smith, Rouchon & Associates, Inc.**  
201 N. Pine Street, Suite 14  
Florence, AL 35630-5437

|ıllıılılıııllıllıllıııılıllılıııllıllıllıııllıllıllıııl|

                                EXHIBIT ONE

13AL0906

MARCH 07, 2007

TO: SMITH, ROUCHON & ASSOCIATES, INC.

   201 N. PINE STREET, SUITE 14

   FLORENCE, ALABAMA 35630

FROM: LADON SHIVER U.S.REG.90327-020

   UNITED STATES PENITENTIARY, ATWATER

   P.O.BOX-019001 (2B)

   ATWATER, CALIFORNIA 95301

RE: ACCOUNT NO. 416688-10

   DUE BALANCE OWED $804.80

   CREDIT ACCOUNT NO. 90327-020

---

GREETINGS:

This letter is in reference to a letter by a Ms. Dixon that I received from you erroneously alleging that I owe you a $804.80 unpaid debt.

First, I am a ward of the United States District Court and I was a prisoner in the custody of the Federal Bureau of Prisons under a commitment order at the specific time that you allege that the debt was incurred. Second, I have never at any time personally signed an agreement with you of any type requesting your services or to pay you for any services that you may have performed for the Bureau of Prisons. Third, quit obviously, you have a contact with the Bureau of Prisons to perform such services for their medical department and you know that you must bill them at (i.e. Dr. Guzman 565 E. Renfroe, Rd. Talladega, Al. 35160-4811). Fifth, you already know this and you are now dobble billing by billing me for your services. And finally, within 14 days I would appreciate it

EXHIBIT TWO

-1-

that you would please immediately send me me a ("Certified Notice") stating that you have cancelled the bad credit ratings that you said in your letter that you placed against me for the $804.80 unpaid debt that I do not owe you. Please see the attached Notice To Bring Civil Rights Action in this cause.

Sincerely

Ladon Shiver


CERTIFICATE SERVICE

I, Ladon Shiver hereby certifies that the the foregoing letter has been placed in the United States mail box located at USP, Atwater Ca. 95301 by prepaid postage addressed to: Smith, Rouchon & Associates, Inc., 201 N.Pine Street, Suite 14 Florence, Alabama 35630.

Done this, 08 day of, March 2007.

Respectfully Submitted

Laden Shiver

- 2 -

Ladon Shiver
U.S. Reg. no. 90327-026
United States Penitentiary, Atwater
P.O. Box- 019001
Atwater, California
95301



Legal Mail

Att: Clerk of the Court
Federal Building
U.S. District Court
P.O. Box - 430
Montgomery, Alabama
36102-1248