IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

FLORENCE DIVISION

RECEIVED
2007 MAY 11 A 8:46
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL CASE NO. 2:07-CV-412-WHA

VOLUME TWO

LADON SHIVER,

Plaintiff/Petitioner,

Vs.

SMITH, ROUCHON & ASSOCIATES, INC.,

Defendants/Respondents, et.al.

_____/

NOTICE TO BRING CIVIL RIGHT ACTION

NOTICE IN GIVEN, that Ladon Shiver, Plaintiff, shall brings a Civil Rights Complaint against the above named parties in the foregoing cause.

Done this, 26 day of, April 2007

Respectfully Submitted

Ladon Shiver

Ladon Shiver

U.S.Reg.No. 90327-020

United States Penitentiary

P.O.Box- 019001

Atwater, California 95301

-1-

CERTIFICATE OF SERVICE

I, Ladon Shiver, hereby certifies that the foregoing (Notice To Bring Civil Rights Complaint) has been placed into the United States mail box located at USP, Atwater 95301 by prepaid postage addressed to: Smith, Rouchon & Associates, Inc., 201 N.Pine Street, Suite 14 Florence, Alabama 35630 (256) 740-4280.

Done this, 26 day of, April 2007.

Respectfully Submitted

*Ladon Shiver*

Ladon Shiver

U.S.Reg.No.90327-020

United States Penitentiary

P.O.Box-019001

Atwater, California 95301