IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALAMAMA
FLORENCE DIVISION

CIVIL CASE NO.

VOLUME FIVE

RECEIVED
2007 MAY 11 A 8:47
2:07-CV-412-WHA
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

LADON SHIVER,

Planitiff/Petitioner,

Vs.

SMITH, ROUCHON & ASSOCIATES,

Defendants/Respondents, et.al.

_____/

MOTION OF DISCOVERY AND DISCLOSURE

COMES NOW, Ladon Shiver, the Plaintiff Pro Se, pursuant to Rule 26(a)(1)(A)and(B) Fed.R.Civ.P. and request that the Honorable Court enter an order directing the following disclosure of discoverable information and tangible materials by the Respondents for trial preparations in the above cause.

THE DISCLOSURE OF INFORMATION

1). The full and correct names and the corporate office positions, telephone numbers and addresses of the exclusives and associates, et seq of Smith, Rouchon & Associates, Inc.

THE DISCLOSURE OF TANGIBLE MATERIALS

2). The contract that Smith, Rouchon & Associates, Inc. has with the Federal Bureau of Prisons to render laboratory services for the medical facility at Talladega, Alabama.

3). The records or documents and invoices where Smith, Rouchon & Associates, Inc. received payment (if any) by the Bureau of Prisons in credit account No.416688-10.

4). The laboratory test results of Smith, Rouchon & Associates in credit account No.416688-10 of Ladon Shiver provided to the Bureau of Prisons.

5). The records or documents where Smith, Rouchon & Associates, Inc. provided information to the National Credit Reporting Agency in credit account No.416688-10.

6). The agreement or contract (if any) that Smith, Rouchon & Associates, Inc. has with Ladon Shiver to pay for services rendered.

THE PLAINTIFF'S RIGHT TO DISCLOSURE

7). The Plaintiff reserves the right to seek further disclosure based on information and tangible materials received, if necessary under the civil rules and procedures.

Done this, 26 day of, April 2007.

Respectfully Submitted

*Ladon Shiver*

Ladon Shiver, Pro Se.

-2-

Ladon Shiver
U.S. Reg. no. 90327-026
United States Penitentiary, Atwater
P.O. Box - 019001
Atwater, California
95301



Legal Mail

Att: Clerk of the Court
Federal Building
U.S. District Court
P.O. Box - 430
Montgomery, Alabama